United States District Court
Southern District of Texas
**ENTERED**
May 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § *versus* § Case No. 4:17–mj–00840 § Sam Robinson § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Detention Hearing
May 31, 2017 at 02:00 PM
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 26, 2017

_____
Dena Palermo
United States Magistrate Judge